DCP/HDM/JKW
F. #2020R00324

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - against -

RAYTHEON COMPANY,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED**
2:19 pm, Oct 02, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOTICE OF MOTION

Criminal Docket No.

**1:24-cr-00399(RER)(PK)**

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant RAYTHEON COMPANY's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
             October 2, 2024

                                        BREON PEACE
                                        United States Attorney
                                        Eastern District of New York
                                        Attorney for Plaintiff
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

                            By:      /s/
                                        David C. Pitluck
                                        Hiral D. Mehta
                                        Jessica K. Weigel
                                        Assistant United States Attorneys
                                        (718) 254-7000

Cc:    Clerk of the Court