AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 16 2024 ★
BROOKLYN OFFICE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-CR-399 (RER) |
| Raytheon Company | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/16/2024

_____
Defendant's signature

_____
Signature of defendant's attorney

William J. Stuckwisch
Printed name of defendant's attorney

_____
Judge's signature

Hon. Ramon E. Reyes, Jr.
Judge's printed name and title


COURT'S EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 24 CR 399
DATE: 10/16/24